United States Bankruptcy Court
Northern District of Ohio

In re:  
Saddam Rawashdeh  
    Debtor

Case No. 25-50804-amk  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0647-5      User: admin      Page 1 of 2  
Date Rcvd: May 14, 2025      Form ID: 309A      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saddam Rawashdeh, 80 N Portage #11C9, Akron, OH 44303-2524 |
| 28169900 | | Best Buy CBNA, 5800 South Corp Pl, Sioux Falls, SD 57108 |
| 28169901 | | Bridgecrest Credit, 1800 N Colorado St, Gilbert, AZ 85233 |
| 28169907 | | Huntington Bank, Columbus, OH 43216 |
| 28169908 | | Huntington National Bank, Attn: Credit Bureau Disputes, Columbus, OH 43216 |
| 28169911 | | Stark State College, 6200 Ave NW, North Canton, OH 44720 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rebecca@sremacklaw.com | May 14 2025 20:48:00 | Rebecca J. Sremack, Sremack Law Firm, 2745 S. Arlington Road, Akron, OH 44312 |
| tr | + | EDI: FAJDEGIROLAMO.COM | May 15 2025 00:41:00 | Anthony J. DeGirolamo, Trustee - Canton, 3930 Fulton Drive NW, Suite 100B, Canton, OH 44718-3040 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | May 14 2025 20:49:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 28169902 | + | EDI: CAPITALONE.COM | May 15 2025 00:41:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 28169903 | | EDI: WFNNB.COM | May 15 2025 00:41:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 28169904 | | Email/PDF: creditonebknotifications@resurgent.com | May 14 2025 20:59:05 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 28169905 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 14 2025 20:50:00 | Department of Education, 121 S 13th St, Lincoln, NE 68508-1911 |
| 28169906 | | EDI: DISCOVER | May 15 2025 00:41:00 | Discover Bank, PO Bank 30939, Salt Lake City, UT 84130-0939 |
| 28169909 | | EDI: CAPITALONE.COM | May 15 2025 00:41:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 28169910 | | EDI: LENDNGCLUB | May 15 2025 00:41:00 | Lending Club Bank NA, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 28169912 | | EDI: SYNC | May 15 2025 00:41:00 | SyncB/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 28169913 | | EDI: SYNC | May 15 2025 00:41:00 | SyncB/JC Penneys, PO Box 71729, Philadelphia, PA 19176-1729 |
| 28169914 | | EDI: SYNC | May 15 2025 00:41:00 | SyncB/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2025     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony J. DeGirolamo, Trustee - Canton | tony@ajdlaw7-11.com amber@ajdlaw7-11.com;ad@trustesolutions.com;AD07@trustesolutions.net |
| Rebecca J. Sremack | on behalf of Debtor Saddam Rawashdeh rebecca@sremacklaw.com |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Saddam Rawashdeh<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2309<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Northern District of Ohio | Date case filed for chapter: 7   5/12/25 |
| Case number: | 25–50804–amk | |

### Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Saddam Rawashdeh | |
| 2. | **All other names used in the last 8 years** | aka Yusef Rawashdeh | |
| 3. | **Address** | 80 N Portage #11C9<br>Akron, OH 44303 | |
| 4. | **Debtor's attorney**<br>Name and address | Rebecca J. Sremack<br>Sremack Law Firm<br>2745 S. Arlington Road<br>Akron, OH 44312 | Contact phone 330–644–0061<br>Email: rebecca@sremacklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Anthony J. DeGirolamo, Trustee – Canton<br>3930 Fulton Drive NW, Suite 100B<br>Canton, OH 44718 | Contact phone 330–305–9700<br>Email: tony@ajdlaw7–11.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| Debtor **Saddam Rawashdeh** | | Case number **25-50804-amk** |

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone 330-252-6100<br><br>Date: 5/14/25 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 18, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\***<br>**\*\*\* Proof of Social Security Number required \*\*\*** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Click on JOIN or call: 1-234-266-6831., Enter Meeting ID: 625 803 7032, and Passcode: 4465752701**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc. |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/18/25** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**