**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In re: | : | Case No. 25-50804 |
| Saddam Rawashdeh | : | Chapter 7 |
| Debtor(s). | : | Judge ALAN M. KOSCHIK |

**SPECIAL LIMITED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES ON BEHALF OF STARK STATE COLLEGE**

PLEASE TAKE NOTICE that Stark State College appears herein by its counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address:

                Keith D. Weiner
                Special Counsel to the Ohio Attorney General
                Keith D. Weiner & Assoc. Co. LPA
                1100 Superior Ave East, Suite 1100
                Cleveland, Ohio 44114
                216-771-6500
                216-771-0133 (FAX)
                bankruptcy@weinerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of Stark State College.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's exercise of jurisdiction over the State of Ohio. Accordingly, this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the State of Ohio or any of its other departments, agencies, boards, or other instrumentalities.

/s/Keith D. Weiner
Keith D. Weiner (#0029000)
Lindsey I. Hall (#0075152)
Special Counsel to the Ohio
Attorney General
Keith D. Weiner & Assoc. Co. LPA
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
216-771-6500
216-771-0133 (fax)
bankruptcy@weinerlaw.com

# CERTIFICATE OF SERVICE

I certify that on June 9, 2025, a true and correct copy of Stark State College's Notice of Appearance and Request for Notices was served:

Via the Court's Electric Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Anthony J. DeGirolamo, Trustee - Canton    tony@ajdlaw7-11.com, amber@ajdlaw7-11.com;ad@trustesolutions.com;AD07@trustesolutions.net
- Rebecca J. Sremack    rebecca@sremacklaw.com
- United States Trustee    (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Saddam Rawashdeh
80 N Portage #11C9
Akron, OH 44303

Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

/s/Keith D. Weiner
Keith D. Weiner (#0029000)
Lindsey I. Hall (#0075152)