IN THE COURT OF COMMON PLEAS
PROBATE COURT DIVISION
SUMMIT COUNTY, OHIO

| | |
|---|---|
| *In re the* | CASE NO.: 25-50804 |
| **SADDAM RAWASHDEH,** | JUDGE: ALAN M. KOSCHIK |
| | **NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS** |

Debtor, through counsel, respectfully gives notice that the 341 Meeting of Creditors has been rescheduled to July 2, 2025, at 1:30 p.m., via Zoom at 625 803 7032, passcode: 4465752701.

Respectfully submitted,

/s/ Rebecca J. Sremack
Rebecca J. Sremack #0092313
Sremack Law Firm LLC
2745 South Arlington Road
Akron, Ohio 44312
Office: 330.644.0061
Fax: 330.644.7241
info@sremacklaw.com
*Debtor's counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Rescheduled 341 Meeting of Creditors* was served this 13th day of June, 2025, as follows:

*Via Court's ECF system:*

 Trustee, Anthony J. DeGirolamo
 tony@ajdlaw7-11.com   amber@ajdlaw7-11.com
 ad@trustesolutions.com   AD07@trustesolutions.net

 Keith D. Weiner
 bankruptcy@weinerlaw.com

 U.S. Trustee's Office

And via regular U.S. mail, postage prepaid, upon those creditors listed on the next page.

            /s/ Rebecca J. Sremack
            Rebecca J. Sremack #0092313
            *Debtor's counsel*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 25-50804-amk<br>Northern District of Ohio<br>Akron<br>Fri Jun 13 13:02:43 EDT 2025 | Bridgecrest Credit Company, LLC as Agent and<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308-1848 |
| Best Buy CBNA<br>5800 South Corp Pl<br>Sioux Falls, SD 57108 | Bridgecrest Credit<br>1800 N Colorado St<br>Gilbert, AZ 85233 | Capital One Bank USA NA<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Comenity Bank/Express<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Department of Education<br>121 S 13th St<br>Lincoln, NE 68508-1911 |
| Discover Bank<br>PO Bank 30939<br>Salt Lake City, UT 84130-0939 | Huntington Bank<br>Columbus, OH 43216 | Huntington National Bank<br>Attn: Credit Bureau Disputes<br>Columbus, OH 43216 |
| Kohls/Capital One<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | Lending Club Bank NA<br>595 Market St Ste 200<br>San Francisco, CA 94105-2802 | Stark State College<br>6200 Ave NW<br>North Canton, OH 44720 |
| SyncB/Care Credit<br>PO Box 71757<br>Philadelphia, PA 19176-1757 | SyncB/JC Penneys<br>PO Box 71729<br>Philadelphia, PA 19176-1729 | SyncB/Paypal<br>PO Box 71727<br>Philadelphia, PA 19176-1727 |
| Anthony J. DeGirolamo, Trustee - Canton<br>3930 Fulton Drive NW, Suite 100B<br>Canton, OH 44718-3040 | Rebecca J. Sremack<br>Sremack Law Firm<br>2745 S. Arlington Road<br>Akron, OH 44312-4713 | Saddam Rawashdeh<br>80 N Portage #11C9<br>Akron, OH 44303-2524 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Stark State College

End of Label Matrix
Mailable recipients    20
Bypassed recipients     1
Total                  21